DocuSign Envelope ID: 5B1EACD7-90B7-4489-B45E-2B6CAA011537



CJ22 5090

Timmons

IN THE DISTRICT COURT OF OKLAHOMA COUNTY, STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 1 4 2022

RICK WARREN
COURT CLERK
38_____

|  |  |
|---|---|
| Noah Brown and Carolyn Brown | ) |
| _____ | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| State Farm Fire and Casualty Company | ) |
| _____ | ) |
| **Defendant.** | ) |

**CJ-2022-5090**

Case No. _____
**JURY TRIAL DEMANDED**

## PETITION

**COMES NOW** Plaintiff, Noah Brown and Carolyn Brown, and for their causes of action against Defendant, State Farm Fire and Casualty Company ("State Farm"), alleges and states:

1. At all times material hereto, Plaintiff insured their home under a policy of insurance with State Farm, policy number 36-CB-B929-9.

2. Defendant State Farm is licensed and does business in the state of Oklahoma as a property and casualty insurer.

3. On or about October 15, 2021, Plaintiff's home sustained damage in a covered loss due to a hail and windstorm.

4. The acts and occurrences that are the subject of this lawsuit occurred within the state of Oklahoma and occurred within Oklahoma County, Oklahoma. Therefore, jurisdiction and venue are proper within Oklahoma County, Oklahoma.

5. State Farm breached the subject insurance policy by wrongfully denying coverage and failing and refusing to pay the proper amounts due under the policy for the covered damage to the Plaintiff's home.

1

EXHIBIT 1

6. In its handling of Plaintiff's claim, Defendant breached the insurance contract and the implied covenant of good faith and fair dealing, as a matter of standard business practice, in the following respects:

   a. failing and refusing payment and other policy benefits for the covered damage to Plaintiff's home at a time when Defendant knew that Plaintiff were entitled to those benefits;

**WHEREFORE**, Plaintiff prays for judgment against the Defendant, State Farm Fire and Casualty Company, compensatory damages, with interest and costs of this action, for a reasonable attorney fee and for such other relief as may be appropriate. The amount sought as damages is greater than $10,000.

*Amanda Blackwood*  10/14/2022
Amanda R. Blackwood, OBA# 33839
Blackwood Law Firm PLLC
512 NW 12th St, Oklahoma City, OK 73103
wk (405) 232-6357 | fax (405) 378-4466
amanda@blackwoodlawfirm.com
Attorney for the Plaintiff.

Approved by:

*Noah Brown* 10/14/2022    *Carolyn Brown* 10/14/2022
Noah Brown and Carolyn Brown

**DocuSign**

## Certificate Of Completion

Envelope Id: 5B1EACD790B74489B45E2B6CAA011537  
Subject: 20221014_Petition - 9920 Hunters Run - Brown  
Source Envelope:  
Document Pages: 2    Signatures: 3  
Certificate Pages: 2    Initials: 0  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-06:00) Central Time (US & Canada)  

Status: Completed  

Envelope Originator:  
Ian Rupert  
9450 SW Gemini Dr #39525  
Beaverton, OR  97008  
ian@iansenterprise.com  
IP Address: 70.184.156.37  

## Record Tracking

Status: Original  
    10/14/2022 3:32:52 AM  

Holder: Ian Rupert  
    ian@iansenterprise.com  

Location: DocuSign  

## Signer Events

Amanda Blackwood  
amanda@blackwoodlawfirm.com  
Attorney at law  
Blackwood Law Firm  
Security Level: Email, Account Authentication (None)  

**Signature**  
DocuSigned by:  
*Amanda Blackwood*  
ED7A9A4AAF9E47D...  

Signature Adoption: Pre-selected Style  
Using IP Address: 136.228.105.229  
Signed using mobile  

**Timestamp**  
Sent: 10/14/2022 3:38:30 AM  
Viewed: 10/14/2022 6:03:28 AM  
Signed: 10/14/2022 6:04:47 AM  

**Electronic Record and Signature Disclosure:**  
    Not Offered via DocuSign  

Noah Brown  
noah.brown513@hotmail.com  
Security Level: Email, Account Authentication (None)  

DocuSigned by:  
*Noah Brown*  
EC49C5873421455...  

Signature Adoption: Pre-selected Style  
Using IP Address: 108.222.87.180  
Signed using mobile  

Sent: 10/14/2022 3:38:30 AM  
Viewed: 10/14/2022 7:00:28 AM  
Signed: 10/14/2022 7:00:44 AM  

**Electronic Record and Signature Disclosure:**  
    Not Offered via DocuSign  

Carolyn Brown  
alvarezcarol125@gmail.com  
Security Level: Email, Account Authentication (None)  

DocuSigned by:  
*Carolyn Brown*  
3633F251E519483...  

Signature Adoption: Pre-selected Style  
Using IP Address: 108.222.87.180  
Signed using mobile  

Sent: 10/14/2022 3:38:30 AM  
Viewed: 10/14/2022 1:21:19 PM  
Signed: 10/14/2022 1:21:38 PM  

**Electronic Record and Signature Disclosure:**  
    Not Offered via DocuSign  

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| **Editor Delivery Events** | **Status** | **Timestamp** |
| **Agent Delivery Events** | **Status** | **Timestamp** |
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Box<br>upload.DocuSig.zhw3uf6hbt@u.box.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 10/14/2022 1:21:40 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/14/2022 3:38:31 AM |
| Certified Delivered | Security Checked | 10/14/2022 1:21:19 PM |
| Signing Complete | Security Checked | 10/14/2022 1:21:38 PM |
| Completed | Security Checked | 10/14/2022 1:21:40 PM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|