**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NOAH BROWN and CAROLYN BROWN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 5:22-cv-971-R_____ ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Andrew J. Morris, enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

I certify that I am admitted to practice in this court.

                                                             Respectfully submitted,

                                                             *s/ Andrew J. Morris*
                                                             Andrew J. Morris, OBA #31658
                                                             McAfee & Taft A Professional Corp.
                                                             Eighth Floor, Two Leadership Square
                                                             211 North Robinson Ave.
                                                             Oklahoma City, OK 73102
                                                             Telephone:    (405) 235-9621
                                                             Facsimile:    (405) 235-0439
                                                             andrew.morris@mcafeetaft.com