# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOAH BROWN and<br>CAROLYN BROWN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND<br>　CASUALTY COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. _5:22-cv-971-R<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant State Farm Fire and Casualty Company ("State Farm") discloses as follows: State Farm is an Illinois corporation. It is not publicly held. No publicly held corporation owns 10% or more of State Farm's stock. State Farm is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company is a mutual insurance corporation without stock organized under the insurance laws of the State of Illinois.

Respectfully submitted,

*s/ Andrew J. Morris*
Andrew J. Morris, OBA #31658
Thomas W. Griffin, III, OBA #34909
MCAFEE & TAFT A PROFESSIONAL CORP.
Two Leadership Square, Eighth Floor
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone:	(405) 235-9621
Facsimile:	(405) 235-0439
andrew.morris@mcafeetaft.com
thomas.griffin@mcafeetaft.com

Jessica L. Dickerson, OBA #21500
McAfee & Taft A Professional Corp.
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone:	(918) 587-0000
Facsimile:	(918) 599-9317
jessica.dickerson@mcafeetaft.com

***Attorneys for Defendant State Farm Fire and Casualty Company***