### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOAH BROWN and<br>CAROLYN BROWN,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND<br>  CASUALTY COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 5:22-cv-971-R<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    I, Jessica L. Dickerson, enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

    I certify that I am admitted to practice in this court.

    Respectfully submitted,

*s/ Jessica L. Dickerson*
Jessica L. Dickerson, OBA #21500
McAfee & Taft A Professional Corp.
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone:    (918) 587-0000
Facsimile:    (918) 599-9317
jessica.dickerson@mcafeetaft.com

***Attorneys for Defendant State Farm Fire and Casualty Company***