### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOAH BROWN AND CAROLYN BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE FARM FIRE AND CASUALTY ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. 5:22-cv-971-R |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Thomas W. Griffin, III, enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

I certify that I am admitted to practice in this court.

Respectfully submitted,

*s/ Thomas W. Griffin, III*
Thomas W. Griffin, III OBA# 34909
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102
Telephone: (405) 235-9621
Facsimile:  (405) 235-0439
thomas.griffin@mcafeetaft.com

***Attorney for Defendant State Farm Fire and Casualty Company***