UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Noah Brown, et al, )<br>)<br>)<br>Plaintiff(s) )<br>vs. )<br>)<br>State Farm Fire and Casualty Company, )<br>)<br>)<br>Defendant )<br>) | Case No. CIV-22-971-R |

**ADMINISTRATIVE CLOSING ORDER**

It is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 180 days of this date, Plaintiff's action shall be deemed to be dismissed.

**IT IS SO ORDERED** this 2nd day of December, 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE